FILED IN OPEN COURT
ON 1/10/18
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-10-1BR(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| Kenneth Shackleford | ) | |

The Grand Jury charges:

On or about August 19, 2017, in the Eastern District of North Carolina, the defendant, Kenneth Shackleford, having been previously convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, a firearm and ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

FOREPERSON

Date: 1/10/18

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

ROBERT J. HIGDON, JR.
United States Attorney

DONALD R. PENDER
Assistant United States Attorney